Kasaun-Dupreme of the Moales Family,
Authorized agent of KASAUN DUPREME MOALES (and all aliases) and MICHELLE MARIE MARRERO (and all aliases)
83 Bridge Street
Shelton Connecticut near 06484
Kasaun.Moales@yahoo.com
Fax: +1 (203) 549 - 0667
Phone: +1 (203) 881 - 6217

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kasaun-Dupreme of the Moales Family, Authorized agent of KASAUN DUPREME MOALES and all aliases) and MICHELLE MARIE MARRERO (and all aliases) <br><br> Plaintiff(s), <br><br> vs. <br><br> GEORGE HARTE NISSAN AND CAPITAL ONE AUTO FINANCE <br><br> Defendant(s) | Case No.: _____ <br><br><br> COMPLAINT |

## I. INTRODUCTION

This is a civil action brought by the Plaintiffs against George Harte Nissan ("George Harte") and Capital One Auto Finance ("Capital One") to seek remedies for the Defendants' breach of contract and subsequent repossession of the property, which caused substantial damages to the Plaintiffs.

COMPLAINT - 1

## II. JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as it involves a federal question arising under the laws of the United States, particularly the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Truth in Lending Act, 15 U.S.C. § 1601 et seq.

Venue is proper in this district as the events giving rise to this action occurred within this judicial district, and the Defendants conduct business within this district.

## III. PARTIES

The Plaintiffs are a man and woman who are dual nationals of England and the United States pursuant to the Treaty of Amity, Commerce, and Navigation of 1794. The Plaintiffs are currently without a fixed residence.

The Defendant, George Harte Nissan, is a corporation and a citizen of the State of Connecticut, engaged in the business of selling automobiles, with its principal place of business located at 426 Derby Ave West Haven, Connecticut, 06516.

The Defendant, Capital One Auto Finance, is located at 955 Arthur Ave, Elk Grove Village, IL 60007. It is a subsidiary or franchise of the

COMPLAINT - 2

Delaware corporation "Capital One Financial Corporation," operating as a debt collector and assignee of the retail installment contract between the Plaintiffs and George Harte Nissan.

## IV. FACTUAL BACKGROUND

On November 20th, 2019, the Plaintiffs and George Harte Nissan entered into a retail installment contract for the purchase of the used 2018 Nissan Altima for the sum of sixteen thousand eight hundred thirty-four dollars and eighty-six cents ($16,834.86) on credit.

George Harte Nissan, as the original creditor-seller, was obligated to provide the agreed-upon credit to the Plaintiffs and deliver the vehicle title to them, as per the terms of the contract.

However, after the contract was signed, George Harte Nissan failed to fulfill its contractual obligations. They did not provide the promised credit to the Plaintiffs, nor did they deliver the vehicle title, leading to a breach of contract.

Subsequently, and without the Plaintiffs' knowledge or consent, George Harte Nissan assigned the retail installment contract to Capital One Auto Finance on November 20th, 2019, operating as a debt collector in this transaction.

COMPLAINT - 3

Crucially, no direct credit payment was made to the Plaintiffs to discharge their obligations owed to George Harte Nissan, and there was no agreement for any credit to be paid to any third party on the Plaintiffs' behalf.

As a direct consequence of George Harte Nissan's failure to provide the agreed-upon credit and title and Capital One Auto Finance's repossession of the property, the Plaintiffs have suffered substantial damages, including severe financial hardship, as a result of the Defendants' breach of contract.

## V. CLAIMS FOR RELIEF

### Count I – Breach of Contract

The Plaintiffs reassert and incorporate the allegations contained in paragraphs 1 to 12 as though fully set forth herein.

George Harte Nissan breached the retail installment contract by failing to provide the agreed-upon credit and title, thereby causing damages to the Plaintiffs.

### Count II – Violation of Fair Debt Collection Practices Act (FDCPA)

The Plaintiffs reassert and incorporate the allegations contained

COMPLAINT - 4

in paragraphs 1 to 12 as though fully set forth herein.

Capital One Auto Finance, acting as a debt collector, violated the FDCPA by engaging in unfair, deceptive, and abusive practices in connection with the collection of the alleged debt.

## Count III - Violation of Truth in Lending Act (TILA)

The Plaintiffs reassert and incorporate the allegations contained in paragraphs 1 to 12 as though fully set forth herein.

Capital One Auto Finance, as the assignee of the retail installment contract, violated TILA by failing to disclose the assignment adequately and accurately and by engaging in unlawful debt collection practices.

## Count IV - Unjust Enrichment through Coercion

The Plaintiffs reassert and incorporate the allegations contained in paragraphs 1 to 18 as though fully set forth herein.

The Defendants, through deceptive practices, have received money from the Plaintiffs in connection with the retail installment contract, which they are unjustly enriched by retaining.

The retention of such money is the direct result of the Defendants' coercion, as the Plaintiffs were left with no alternative

COMPLAINT - 5

but to pay the Defendants for the credit and title that were never delivered, thereby conferring a benefit on the Defendants at the Plaintiffs' expense.

The Defendants' unjust enrichment through coercion constitutes a violation of the law and warrants restitution to the Plaintiffs for the money retained by the Defendants.

## VI. PRAYER FOR RELIEF

Wherefore, the Plaintiffs respectfully request that this Honorable Court:

A. Enter judgment in favor of the Plaintiffs and against the Defendants on all counts alleged herein;

B. Award the Plaintiffs compensatory damages, treble damages, statutory damages, and any other appropriate relief as permitted by law;

C. Award the Plaintiffs restitution for the unjust enrichment through coercion;

D. Award the Plaintiffs reasonable attorney's fees and costs incurred in pursuing this action;

E. Grant such further relief as this Court deems just and proper

COMPLAINT - 6

under the circumstances.

Invoice: KDM006644

## Description of Services

Services Rendered:

Consultation $10,000.00

- Research and Document Preparation $10,000.00

- Court Representation and Litigation $15,000.00

- Drafting and Review of Documents $10,000.00

- Negotiation and Settlement Discussions $5,000.00

Total Amount Due: $50,000.00

- **CERTIFICATE OF SERVICE**

I hereby certify that on JULY 21, 2023, I filed the foregoing Complaint with the Clerk of Court.

_____
Kasaun-Dupreme of the Moales Family,
Authorized agent of KASAUN DUPREME
MOALES (and all aliases) and
MICHELLE MARIE MARRERO (and all
aliases), Plaintiff(s)

COMPLAINT - 7